COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




RAMANBHAI PATEL,


 Appellant,


v.



JIMMY WOFFORD, DAVID
HARDWICK, RUDY RAMOS AND
HULON PASS,


 Appellees.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00205-CV



Appeal from the


83rd Judicial District Court


of Pecos County, Texas 


(TC# 6595) 



MEMORANDUM OPINION


 Pending before the Court is Appellant's motion to dismiss the appeal pursuant to
Tex.R.App.P. 42.1(a)(1). Appellant has complied with the requirements of Rule 42.1(a)(1), and
having considered the motion we conclude it should be granted. Therefore we grant Appellant's
motion to dismiss and dismiss the appeal. Costs will be taxed against Appellant. See 
Tex.R.App.P. 42.1(d).



September 11, 2008

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Carr, JJ.